Name: Darryl Carter
Address: 2121 Meridian Park Blvd Unit #6701
Concord, CA 94520
Phone Number: 650-250-9404
E-mail Address: mdcar38t@protonmail.com

*Pro Se*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Darryl Carter

    Plaintiff,

vs.

Uber Technologies, LLC; Rasier, LLC

    Defendant.

Case Number: CV 17 3

[PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING

DATE:
TIME:
COURTROOM:
JUDGE:

The Court has considered the Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: ___1/5/2017___

*Haywood S. Gilliam Jr.*

United States District/~~Magistrate~~ Judge