UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| DARRYL CARTER, | Case No. 17-cv-00003-HSG |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART ADMINISTRATIVE MOTION TO VACATE CASE MANAGEMENT CONFERENCE** |
| RASIER-CA, LLC, et al., | |
| Defendants. | Re: Dkt. No. 16 |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Court GRANTS Defendant's request to vacate the case management conference, currently scheduled for April 4, 2017. Dkt. No. 16. On March 8, 2017, the Court took Defendant's pending motion to dismiss, Dkt. No. 10, under submission. The Court finds that a further case management conference is unnecessary until after the written order on the pending motion to dismiss. The Court DENIES Defendant's request to vacate the other case deadlines. The current case schedule remains in effect. *See* Dkt. No. 2.

**IT IS SO ORDERED.**

Dated: 3/31/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge