UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARRYL CARTER,

Plaintiff,

v.

RASIER-CA, LLC, et al.,

Defendants.

Case No. 17-cv-00003-HSG

**ORDER GRANTING LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS**

Re: Dkt. No. 47

Pursuant to 28 U.S.C. § 1915(a), the request to proceed in forma pauperis on appeal is hereby **GRANTED**. This case remains closed.

**IT IS SO ORDERED.**

Dated: 8/22/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California